1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

FRANCISCA HRENKO,                                No.  1:16-cv-01093-DAD-SKO

12

Plaintiff,

13

v.                                               ORDER GRANTING STIPULATION TO
                                                 ARBITRATE AND STAY CASE
14

CITIBANK (SOUTH DAKOTA), N.A.,                   (Doc. No. 4)

15

Defendant.

16

17

18        On September 26, 2016, the parties filed a stipulation to resolve this dispute by arbitration.

19   (Doc. No. 4.)  Having considered the parties' request, the court finds good cause to stay the

20   proceedings in this case pending arbitration.  Accordingly, and pursuant to the parties' stipulation:

21        1.   The parties will proceed to arbitration before the American Arbitration Association

22             ("AAA"), with defendant to bear plaintiff's portion of the fees to be paid to the

23             arbitration firm and to the arbitrator;

24        2.   The proceedings in this case shall be stayed and all pending dates are vacated;

25        3.   On February 1, 2017, and every one hundred twenty (120) days thereafter, the parties

26             shall file a joint status report advising the court of the status of the arbitration

27             proceedings;

28   /////

1

4.  The parties shall notify the court in writing within ten days of the completion of arbitration; and

5.  Upon the completion of arbitration, either party may apply to this court to confirm, vacate, or modify the arbitration award as set forth in Sections 9 through 11 of the Federal Arbitration Act, 9 U.S.C. §§ 9–11.

IT IS SO ORDERED.

Dated:   **October 23, 2016**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE