# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA HRENKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK (SOUTH DAKOTA), N.A.,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:16-cv-01093-DAD-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 9)** |

On July 27, 2017, the parties filed a Joint Stipulation of Dismissal of Action with Prejudice, in which the parties notify the Court that they "dismiss this matter with prejudice." (Doc. 9.) This stipulation is signed by all parties who have appeared in this action. (*See id.* at 2.)

As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **July 28, 2017**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE